UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-80647-CV-AHS/WM

PATRICK COPPOLA, and
PAMELA SPIGARELLI,

        Plaintiffs,

v.

WANDERERS CLUB PARTNERS, LLC,
and WANDERERS CLUB HOLDINGS, LLC,

        Defendants.

_____

FILED BY KJZ D.C.
Jun 24, 2020
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - West Palm Beach

## ORDER SCHEDULING SETTLEMENT CONFERENCE
## VIA ZOOM VIDEO TELECONFERENCE

**THIS CAUSE** is before the Court upon referral to the undersigned to conduct a settlement conference. *See* DE 5. Accordingly, the Court **ORDERS** as follows:

1.    Conference Date: A settlement conference via Zoom video teleconference[1] shall be held on **July 29, 2020, at 10:00 a.m.** At that time, counsel and the parties, as further defined below, shall attend the settlement conference by accessing the Zoom meeting room, the instructions for which shall be emailed by the Clerk of Court to counsel and the parties. No attorney, party, person or entity shall record any portion of the Settlement Conference or any related discussions.

2.    Mandatory Attendance: Parties and their lead counsel must virtually appear at the conference by Zoom video teleconference. An individual with full and complete authority to

---

[1] This is being set as a Zoom video settlement conference in light of the COVID-19 pandemic and in light of Administrative Orders 2020-18, 2020-20, 2020-21, and 2020-24 issued by Chief District Judge K. Michael Moore. If the Court is able to conduct the settlement conference through Zoom, which is its preference, the Court will promptly notify the parties of this change.

1

negotiate and finalize a settlement for each party must be present on the telephone. Counsel and the parties should be prepared to work through the afternoon if necessary. A corporate party shall have a representative with full and complete authority to bind the company attend the settlement conference by telephone. Such mandatory appearance is intended to increase the effectiveness of the settlement conference. As such, failure to produce the appropriate person(s) or failure to participate in good faith may result in an award of costs, attorney fees, or other appropriate sanctions.

       3.      <u>Pre-Conference Settlement Efforts</u>:  Prior to the settlement conference, the parties shall negotiate and make a good faith effort to settle the case without the Court's involvement. Proposals and counter proposals shall be made. If settlement is not achieved, the parties shall be prepared to engage in further good faith negotiation at the conference.

       4.      <u>Confidential Settlement Memoranda</u>: Each party's counsel shall email to chambers (matthewman@flsd.uscourts.gov), but not file, a candid memorandum of five pages or less with its respective views in the light most favorable to its client, as well as any proposed settlement amount(s), citation to legal authority, or additional information that will be helpful to the Court in preparing for the settlement conference. Each memorandum shall include a specific recitation of relevant facts, a discussion of case strengths and weaknesses, and a report on the parties' pre-conference settlement efforts outlined above. If not already part of the record, copies of any critical agreements, business records, photographs, or other documents shall be attached to the memorandum. The memoranda shall be emailed by **5:00 p.m. on July 24, 2020**. Counsel shall indicate what portions of the submissions, if any, may be shared with opposing counsel at the settlement conference. Otherwise, the information will not be shared.  All party submissions pertaining to settlement will be returned to counsel after the settlement conference.

5. <u>Conference Format</u>: The Court will generally use a mediation format: a joint session with opening presentations by the Court and each side followed by private caucusing by the Court with each side. The Court expects counsel and all party representatives to be fully prepared to participate.

6. <u>Proposed Settlement Agreements</u>: Each party's counsel shall be prepared to produce a proposed settlement agreement.

**DONE and ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 24th day of June, 2020.

*[signature: William Matthewman]*

_____
WILLIAM MATTHEWMAN
United States Magistrate Judge