UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
West Palm Beach Division

Case No.: 20-cv-80647-AHS

PATRICK COPPOLA and PAMELA SPIGARELLI,
individually, and on behalf of others similarly situated,

        Plaintiffs

v.

WANDERERS CLUB PARTNERS, LLC, and
WANDERERS CLUB HOLDINGS, LLC,

        Defendants

_____/

## JOINT MOTION TO APPROVE SETTLEMENT AGREEMENT AND DISMISSAL WITH PREJUDICE

Plaintiffs, Patrick Coppola and Pamela Spigarelli and Defendants Wanderers Club Partners, LLC and Wanderers Club Holdings, LLC by and through their undersigned counsel, hereby jointly request that this Court approve their settlement and dismiss this matter with prejudice and state as follows:

On April 16, 2020, the Plaintiffs initiated this action alleging an overtime violation under the FLSA. On July 29, 2020, the parties attended a confidential settlement conference and have reached a settlement concerning the Plaintiffs' claims. The parties executed a settlement agreement and accepted the terms on the record before Magistrate Judge Matthewman.

Pursuant to Lynn's Food Stores, Inc. v. U.S, 679 F.2d 1350 (11th Cir. 1982), claims arising under the FLSA may be settled only with the approval of the Court or Secretary of Labor. The Parties stipulate that the negotiated settlement reached between the Parties represents a "fair"

resolution of Plaintiffs' FLSA claims as well as Plaintiffs' reasonable attorneys' fees and costs. The Parties also stipulate that the settlement reached between them advances judicial economy.

The Parties further stipulate to the dismissal, with prejudice, of this action of all claims asserted, upon approval by the Court as requested above with each party to bear its own attorney's fees and costs. The Parties further request this Court retain jurisdiction to enforce that the Settlement Agreement entered into by and between the Parties.

Dated this 4th day of August 2020

| | |
|---|---|
| s/Cathleen Scott<br>Cathleen Scott, Esq.<br>Florida Bar No.: 135331<br>Primary e-mail: CScott@scottwagnerlaw.com<br>Secondary e-mail: mail@scottwagnerlaw.com<br>SCOTT WAGNER & ASSOCIATES, P.A.<br>Jupiter Gardens<br>250 South Central Boulevard, Suite 104-A<br>Jupiter, FL 33458<br>Telephone:   (561) 653-0008<br>Facsimile:    (561) 653-0020<br>Secondary Address:  101 Northpoint Parkway<br>West Palm Beach, FL 33407<br>www.ScottWagnerLaw.com<br><br>Martin J. Sobol, Esq.<br>Wade D. Albert,  Esq.<br>Sobol Law Group, P.C.<br>1845 Walnut Street, 23rd Floor<br>Philadelphia, PA 19103<br>(215)988-0100<br>msobol@sobollaw.com.<br>walbert@sobollaw.com<br>(*Admitted pro hac vice*) | s/Daniel S. Rosenbaum<br>Daniel S. Rosenbaum,Esq.<br>Florida Bar No. 306037<br>E-Mail: drosenbaum@rosenbaumpllc.com<br>Spencer Gollahon, Esq.<br>Florida Bar No. 647799<br>E-Mail : sgollahon@rosenbaumpllc.com<br>Rosenbaum PLLC<br>250 Australian Avenue South, 5th Floor<br>West Palm Beach, FL 33401<br>Telephone: (561)653-2900<br>Facsimile: (561)820-2542 |