UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-cv-80647-WM

PATRICK COPPOLA and PAMELA SPIGARELLI,
Individually, and on behalf of others similarly situated,

    Plaintiffs,

v.

WANDERERS CLUB PARTNERS, LLC, and
WANDERERS CLUB HOLDINGS, LLC,

    Defendants.
_____/

FILED BY KJZ D.C.
Aug 13, 2020
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - West Palm Beach

**ORDER APPROVING SETTLEMENT
AND DISMISSING CASE WITH PREJUDICE**

**THIS CAUSE** is before the Court upon the parties' Joint Amended Motion to Approve Confidential Settlement Agreement and Dismiss with Prejudice ("Joint Motion") [DE 29].

The parties submitted their Confidential Settlement Agreement and Release for *in camera* review. The Court conducted a fairness hearing on August 13, 2020, during which the undersigned heard from Plaintiffs' counsel and Defendants' counsel regarding the fairness of the settlement of Plaintiffs claims alleging violations of the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201, *et seq.*

The Court has reviewed the Joint Motion, the parties' Confidential Settlement Agreement and Release, and the entire file in this case, has considered all of the factors outlined in *Lynn's Food Stores, Inc. v. United States*, 679 F. 2d 1350, 1353 (11th Cir. 1982), and is otherwise fully advised in the premises. The Court finds that the settlement in this case represents a genuine compromise of a bona fide dispute, with all parties represented by competent counsel. Defendants have agreed to pay Plaintiffs the amount Plaintiffs believe is due under the law.

Plaintiffs are being paid an amount they believe they are owed well prior to the trial date. Both parties have agreed to settle due to reasonable strategic and financial considerations. The Court further finds that the settlement, including the attorney's fees and costs, reached by the parties represents a reasonable compromise by both sides and is fair and reasonable.

Based on the foregoing, it is hereby **ORDERED and ADJUDGED** as follows:

1. The parties' Joint Motion [DE 29] is **GRANTED**.

2. The parties' settlement is **APPROVED**.

3. The above-style action is **DISMISSED WITH PREJUDICE**, with all pending motions **DENIED AS MOOT**.

4. The Court retains jurisdiction to enforce the terms of the parties' settlement agreement, should such enforcement be necessary.

**DONE and ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 13th day of August, 2020.

*/s/ William Matthewman*
WILLIAM MATTHEWMAN
United States Magistrate Judge